IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JYL BACA,

       Plaintiff,

vs.                                                         Civ. No. 99-301 BB/WWD

CITY OF BELEN, and LAWRENCE ROMERO
and LARRY GALLEGOS, in their official
and individual capacities,

       Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendants' Opposed Motion to Depose Plaintiff's Expert Witness, Doctor Anne Rose [docket no. 83] filed May 19, 2000. After reading the submissions of counsel, and considering the history of extensions in this cause, I believe that it would be appropriate to allow Defendants to take the deposition of Plaintiff's expert Doctor Anne Rose. Although the discovery practice in this cause has been fairly vigorous, I will rely on counsel for the parties to make arrangements for taking Dr. Rose's deposition. In the event that scheduling cannot be worked out by counsel, I will impose a schedule. The matter should be addressed promptly.

       **WHEREFORE,**

       **IT IS ORDERED** that Defendants' Opposed Motion to Depose Plaintiff's Expert Witness, Doctor Anne Rose be, and it is hereby, granted; and the deposition shall be scheduled without undue delay, taking into consideration the schedule of the witness and of respective counsel.

                                                                   _____
                                                                    UNITED STATES MAGISTRATE JUDGE